Same case below, 369 Fed. Appx. 368.

**No. 10-60. Steven A. Maher, Petitioner v. Bank One, N.A., et al.**

562 U.S. 892, 131 S. Ct. 264, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6310.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 10-62. Luis C. Radice, et al., Petitioners v. Alicia M. Etchebarne-Bourdin, et al.**

562 U.S. 892, 131 S. Ct. 264, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6112.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 982 A.2d 752.

**No. 10-64. Skoshi Thedford Farr, Petitioner v. United States.**

562 U.S. 892, 131 S. Ct. 274, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6331.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 591 F.3d 1322.

**No. 10-65. Brian Keith Harper, Petitioner v. United States.**

562 U.S. 892, 131 S. Ct. 274, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6062,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 556.

**No. 10-66. Connie Watkins, Petitioner v. Arkansas.**

562 U.S. 892, 131 S. Ct. 275, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6383.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Arkansas denied.

Same case below, 2010 Ark. App. 85, 377 S.W.3d 286.

**No. 10-68. Gayle Everett Patrick, Petitioner v. United States.**

562 U.S. 892, 131 S. Ct. 275, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6366.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 834.

**No. 10-69. Selrahc Limited Partnership, et al., Petitioners v. Seeco, Inc., et al.**

562 U.S. 892, 131 S. Ct. 280, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6297.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Arkansas denied.

Same case below, 2009 Ark. App. 865, 374 S.W.3d 33.